**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ZELTIQ AESTHETICS, INC., | Case No. 2:15-cv-01298-APG-CWH |
| Plaintiff, | |
| v. | **ORDER (1) GRANTING IN PART AND DENYING IN PART MOTIONS TO QUASH AND DISMISS AND (2) STRIKING ANSWER** |
| LUXURY LASER CENTER, LLC; JACQUELINE O'SHAUGHNESSY; HILLARY O'SHAUGHNESSY; JANNELLE O'SHAUGNESSY; and SIDNI O'SHAUGHNESSY, | (DKT. #15, #17) |
| Defendants. | |

Defendant Jacqueline O'Shaughnessy, in proper person, moves to quash service and dismiss the complaint on behalf of herself and the other defendants: Luxury Laser Center, LLC, Jannelle O'Shaughnessy, Hillary O'Shaughnessy, and Sidni O'Shaughnessy. (Dkt. #15, #17.) Plaintiff Zeltiq Aesthetics, Inc. did not respond.  I therefore grant the unopposed motion to quash and to **dismiss as to defendant Jacqueline O'Shaughnessy only.** LR 7-2(d).

In addition, defendant Jacqueline O'Shaughnessy filed an Answer on behalf of herself and all of the other defendants. (Dkt. #13.)  Because Luxury LaserCenter, LLC is a limited liability company, it cannot appear on its own behalf and must be represented by counsel in this action. *In re America W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney.").  Because Jacqueline O'Shaughnessy is not a lawyer, she may not appear in federal court for or on behalf of Luxury Laser Center, LLC.  Nor may she appear on behalf of the other individual defendants because a pro se litigant has no authority to appear in a representative capacity for anyone but herself. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) ("It is well established that the privilege to represent oneself pro se provided by [28 U.S.C.] § 1654 is personal to the litigant and

1  does not extend to other parties or entities."). Thus, I strike the answer (Dkt. #13) and deny the
2  motions to quash and dismiss as to the defendants other than Jacqueline O'Shaughnessy.

3  IT IS THEREFORE ORDERED that the motion to quash **(Dkt. #15) and motion to**
4  **dismiss (Dkt. #17) are GRANTED in part and DENIED in part**. The motions are **granted as**
5  **to defendant Jacqueline O'Shaughnessy only**. The motions are denied as to all other
6  defendants.

7  IT IS FURTHER ORDERED that the answer **(Dkt. #13) is STRICKEN**.

8  IT IS FURTHER ORDERED that the clerk of court shall update the address of Jacqueline
9  O'Shaughnessy to the one listed on her latest filings: 4116 Mantle Ave, North Las Vegas, NV
10 89084.

11 DATED this 9th day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE