MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
E-Mail: Margaret.Foley@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
E-Mail: Priscilla.obriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Phone: 702.693.4366
Fax:    702.893.3789

*Attorneys for Plaintiff, Zeltiq Aesthetics, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZELTIQ AESTHETICS, INC., <br><br>           Plaintiff, <br><br> vs. <br><br> LUXURY LASER CENTER, LLC, JACQUELINE O'SHAUGHNESSY, HILLARY O'SHAUGHNESSY, JANNELLE O'SHAUGHNESSY, and SIDNI O'SHAUGHNESSY <br><br>           Defendants. | CASE NO.: 2:15-cv-01298-APG-CWH <br><br> STIPULATION AND ORDER TO REQUEST SETTLEMENT CONFERENCE |

IT IS HEREBY STIPULATED by and between Plaintiff ZELTIQ AESTHETICS, INC. ("Zeltiq"), by and through its undersigned counsel of record, and Defendants JACQUELINE O'SHAUGHNESSY, HILLARY O'SHAUGHNESSY, JANNELLE O'SHAUGHNESSY, and SIDNI O'SHAUGHNESSY, individually and as officers of LUXURY LASER CENTER, LLC (collectively "Defendants") that:

The parties request an order of the Court referring them to a settlement conference pursuant to Local Rule 1B 1-9(b). The parties respectfully request the Court to provide a few alternative dates for the settlement conference to accommodated the scheduling needs of the parties and their counsel.

DATED this ___ day of January, 2016.     DATED this 11 day of February, 2016.

**INDIVIDUALLY AND AS OFFICERS OF LUXURY LASER CENTER**

By: _____
Jacqueline O'Shaughnessy,
4116 Mantle Avenue
North Las Vegas, NV 89084
Jacquieo22@aol.com

By: _____
Hillary O'Shaughnessy,
4116 Mantle Avenue
North Las Vegas, NV 89084

By: _____
Jannelle O'Shaughnessy
7012 Junction Village Avenue
Las Vegas, NV 89129

By: _____
Sidni O'Shaughnessy
7012 Junction Village Avenue
Las Vegas, NV 89129

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118

**IT IS SO ORDERED.**  IT IS FURTHER ORDERED that the court will enter a separate order scheduling the settlement conference.

_____
UNITED STATES MAGISTRATE JUDGE

Date: February 16, 2016

4849-1125-3549.1