1  MARGARET G. FOLEY, ESQ.
   Nevada Bar No. 7703
2  E-Mail: Margaret.Foley@lewisbrisbois.com
   PRISCILLA L. O'BRIANT, ESQ.
3  Nevada Bar No. 10171
4  E-Mail: Priscilla.obriant@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
5  6385 South Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
6  Phone: 702.693.4366
   Fax:   702.893.3789
7
8  Attorneys for Plaintiff, Zeltiq Aesthetics, Inc.

9
10                    UNITED STATES DISTRICT COURT
11                         DISTRICT OF NEVADA
12

13 | ZELTIQ AESTHETICS, INC.,              | CASE NO.: 2:15-cv-01298-APG-CWH
14 |         Plaintiff,                    |
15 |   vs.                                 | STIPULATION AND ORDER TO ACCEPT
   |                                       | SERVICE AND TO EXTEND TIME FOR
16 | LUXURY LASER CENTER, LLC,             | ANSWER OF LUXURY LASER CENTER,
17 | JACQUELINE O'SHAUGHNESSY,              | LLC
   | HILLARY O'SHAUGHNESSY,
18 | JANNELLE O'SHAUGHNESSY, and
   | SIDNI O'SHAUGHNESSY
19 |
20 |         Defendants.

21
22      IT IS HEREBY STIPULATED by and between Plaintiff ZELTIQ AESTHETICS,
23 INC. ("Zeltiq"), by and through its undersigned counsel of record, and Defendants
24 JACQUELINE O'SHAUGHNESSY, HILLARY O'SHAUGHNESSY, JANNELLE
25 O'SHAUGHNESSY, and SIDNI O'SHAUGHNESSY, individually and as officers of
26 LUXURY LASER CENTER, LLC (collectively "Defendants") that:
27 / / /
28 / / /

4830-7259-6780.1

1) By signature affixed hereto, Defendants hereby acknowledge acceptance of service of the complaint filed in this action both individually and as officers of LUXURY LASER CENTER, LLC.;

2) The responsive pleading deadline of defendant LUXURY LASER CENTER, LLC is extended until after such time as the parties have conducted a settlement conference with a magistrate judge. Once the settlement conference is conducted, and if no resolution is achieved, defendant LUXURY LASER CENTER, LLC shall file its answer within 30 days of the date of the settlement conference.

DATED this ___ day of January, 2016.     DATED this 11 day of February, 2016.

INDIVIDUALLY AND AS OFFICERS OF LUXURY LASER CENTER

By: _____
Jacqueline O'Shaughnessy,
4116 Mantle Avenue
North Las Vegas, NV 89084
Jacquieo22@aol.com

By: _____
Hillary O'Shaughnessy,
4116 Mantle Avenue
North Las Vegas, NV 89084

By: _____
Jannelle O'Shaughnessy
7012 Junction Village Avenue
Las Vegas, NV 89129

By: _____
Sidni O'Shaughnessy
7012 Junction Village Avenue
Las Vegas, NV 89129

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Date: February 16, 2016

4830-7259-6780.1

2