MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
E-Mail: Margaret.Foley@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
E-Mail: Priscilla.obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Phone: 702.693.4366
Fax:     702.893.3789

Attorneys for Plaintiff, Zeltiq Aesthetics, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZELTIQ AESTHETICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LUXURY LASER CENTER, LLC, JACQUELINE O'SHAUGHNESSY, HILLARY O'SHAUGHNESSY, JANNELLE O'SHAUGHNESSY, and SIDNI O'SHAUGHNESSY<br><br>Defendants. | CASE NO.:  2:15-cv-01298-APG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO MOVE THE SETTLEMENT CONFERENCE** |

COMES NOW Plaintiff ZELTIQ AESTHETICS, INC. (hereinafter "Zeltiq"), by and through its attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, and, JACQUELINE O'SHAUGHNESSY, HILLARY O'SHAUGHNESSY, JANNELLE O'SHAUGHNESSY, and SIDNI O'SHAUGHNESSY, appearing pro se, and hereby agree and stipulate to the following:

/ / /

/ / /

4815-5800-2990.1

1  IT IS HEREBY STIPULATED AND AGREED that the Settlement Conference with Magistrate Judge Hoffman, currently scheduled for March 31, 2016, be continued as follows:

- **First Choice**:  May 27, 2016; and the Settlement Conference Statements hall be submitted no later than May 20, 2016; or
- **Second Choice:**  June 3, 2016; and the Settlement Conference Statements shall be submitted no later than May 27, 2016.

The room number and time will remain the same.

**IT IS SO STIPULATED**

DATED this 8th day of  March, 2016

/s/ Jacqueline O'Shaughnessy
By: _____
     Jacqueline O'Shaughnessy

DATED this 8th day of  March, 2016

/s/ Hillary O'Shaughnessy
By: _____
     Hillary O'Shaughnessy

DATED this 8th day of  March, 2016

/s/ Jannelle O'Shaughnessy
By: _____
     Jannelle O'Shaughnessy

DATED this 8th day of  March, 2016

/s/ Sidni O'Shaughnessy
By: _____
     Sidni O'Shaughnessy

DATED this 8th day of March, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Margaret G. Foley, Esq.
By:_____
     Margaret G. Foley, Esq.
     Nevada Bar No. 7703
     Priscilla L. O'Briant, Esq.
     Nevada Bar No. 10171
     6385 South Rainbow Blvd, Suite 600
     Las Vegas, Nevada 89118

## ORDER

IT IS SO ORDERED.

X    May 27, 2016; and the Settlement Conference Statement shall be submitted no later than May 20, 2016; ~~or~~

☐    ~~June 3, 2016; and the Settlement Conference Statements shall be submitted no later than May 27, 2016~~

DATED: March 9, 2016.

By _____
UNITED STATES MAGISTRATE JUDGE