Priscilla L. O'Briant
Nevada Bar No. 10171
E-Mail: Priscilla.OBriant@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Phone:   702.693.4366
Fax:       702.893.3789

*Of Counsel:*
Carrie A. Shufflebarger
Ohio Bar No. 81141
E-Mail: Carrie.Shufflebarger@ThompsonHine.com
**THOMPSON HINE LLP**
312 Walnut Street, 14th Floor
Cincinnati, Ohio 45202-4089
Phone: 513.352.6678
Fax:     513.241.4771

*Attorneys for Plaintiff, Zeltiq Aesthetics, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZELTIQ AESTHETICS, INC., | CASE NO.: 2:15-cv-01298-APG-CWH |
| Plaintiff, | **STIPULATED ORDER TO DISMISS AND ENTRY OF PERMANENT INJUNCTION** |
| vs. | |
| LUXURY LASER CENTER, LLC, JACQUELINE O'SHAUGHNESSY, HILLARY O'SHAUGHNESSY, JANNELLE O'SHAUGHNESSY, and SIDNI O'SHAUGHNESSY | |
| Defendants. | |

The parties to the above action have reached a settlement of the claims, the terms of which include entry of a Stipulated Permanent Injunction. Accordingly, Plaintiff Zeltiq Aesthetics, Inc.'s and Defendants Luxury Laser Center, LLC, Jacqueline O'Shaughnessy, Hillary O'Shaughnessy,

///

4839-0225-4898.1

Jannelle O'Shaughnessy, and Sidni O'Shaughnessy hereby stipulate to entry of the following Permanent Injunction and dismissal of the action as follows:

Defendants Luxury Laser Center, LLC, Jacqueline O'Shaughnessy, Hillary O'Shaughnessy, Jannelle O'Shaughnessy, and Sidni O'Shaughnessy (collectively, "Defendants"), are permanently restrained and enjoined from:

(a) using the marks Zeltiq®, CoolSculpting®, Cryolipolysis®, or any confusingly similar mark or colorable imitation thereof in connection with the promotion, advertisement, display, sale, or distribution of any goods or services offered by Defendants;

(b) performing any act, making any statement, or distributing any materials that are likely to lead members of the public to believe that any device(s) owned or services performed, distributed, leased, or sold by Defendants are associated or connected with Zeltiq, or are sold, licensed, sponsored, approved or authorized by Zeltiq, or provide services that are the clinical equivalent of any goods or services offered by Zeltiq;

(c) reproducing, displaying distributing, or creating derivative works from any text, graphics, photographs, videos, or other materials owned by and/or emanating from Zeltiq or its Authorized Providers concerning Cryolipolysis and the results therefrom;

(d) otherwise taking any action likely to cause public confusion, mistake, or deception as to the connection, affiliation, sponsorship, approval, or other association of Defendants' goods or services with Zeltiq or its goods or services; This Court shall retain jurisdiction over this matter for the purposes of enforcing the provisions of this Stipulated Final Judgment and Permanent Injunction.

///
///
///
///
///
///
///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4839-0225-4898.1

2

Except as otherwise ordered in this Stipulated Permanent Injunction, the claims asserted by Plaintiff against Defendants are dismissed with prejudice, each party to bear its own costs and attorney's fees.

Zeltiq Aesthetics, Inc.

_[signature]_

Printed Name: Christine Nassi

Title: Corporate Counsel

Date: 6/16/16

Luxury Laser Centers LLC

_[signature]_

Printed Name: Jacqueline O'Shaughnessy

Title: Pres.

Date: 06/15/2016

_[signature]_

Jacqueline O'Shaughnessy

Date: 06/15/2016

_[signature]_

Hillary O'Shaughnessy

Date: 6/15/2015

_[signature]_

Janelle O'Shaughnessy

Date: 06/15/2016

_[signature]_

Sidni O'Shaughnessy

Date: 6/15/2016

DONE AND ORDERED on this 20th day of June, 2016.

_[signature]_
UNITED STATES DISTRICT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

4839-0225-4898.1

3